IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-26919JAD |
| Dennis Michael Helferty | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Dennis Michael Helferty | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **January 11, 2017 at 10:00 a.m. before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **December 12, 2016.**

11/22/16            Ronda J. Winnecour (PA I.D.#30399)
date            Attorney and the Chapter 13 Trustee
                               U.S. Steel Tower – Suite 3250
                               600 Grant Street
                               Pittsburgh, PA 15219
                               cmecf@chapter13trusteewdpa.com

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 11-26919-JAD
Dennis Michael Helferty                                             Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                Page 1 of 2         Date Rcvd: Nov 23, 2016
                              Form ID: pdf900           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db             +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769       +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771       +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
13227772       +Citi Cards,   PO Box 6500,    Sioux Falls, SD 57117-6500
13227773       +Citibank Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13227774       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777       +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052        WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780       +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781       +World Omni,   P.O. Box 991817,    Mobile, AL 36691-8817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13227770        E-mail/Text: bankruptcy@cavps.com Nov 24 2016 02:02:04     Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13234666       +E-mail/Text: bankruptcy@cavps.com Nov 24 2016 02:02:04     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775        E-mail/Text: mrdiscen@discover.com Nov 24 2016 02:00:39     Discover,   P.O. Box 8003,
                 Hilliard, OH 43026
13227776        E-mail/Text: cio.bncmail@irs.gov Nov 24 2016 02:00:48     Internal Revenue Service,
                 P.O. Box 628,    Special Procedures Branch,    Pittsburgh, PA 15230
13227778       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2016 01:52:41     LVNV Funding,
                 P.O. Box 10584,    Greenville, SC 29603-0584
13227779       +E-mail/Text: camanagement@mtb.com Nov 24 2016 02:00:54     M & T Credit Corporation,
                 P.O. Box 4649,    Buffalo, NY 14240-4649
13277159        E-mail/Text: camanagement@mtb.com Nov 24 2016 02:00:54     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13239015        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 24 2016 02:23:21
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
13278503*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Andrew F Gornall   on behalf of Creditor   M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Celine P. DerKrikorian   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Joshua I. Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kevin T. McQuail   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: jfur              Page 2 of 2              Date Rcvd: Nov 23, 2016
                              Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                                                                                                            TOTAL: 9

Case 11-26919-JAD    Doc 96    Filed 11/25/16    Entered 11/26/16 00:59:14    Desc Imaged
                    Certificate of Notice    Page 3 of 3