# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** DENNIS MICHAEL HELFERTY
**Case Number:** 11-26919-JAD        **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JANUARY 11, 2017 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 11/25/2016 at Doc. # 95
R / M #: 92 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Shawn N. Wright, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✔ CONTINUE MATTER:
   ✔ For At Least  60  Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at
   ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e 1/11/2017 setting hearing

FILED
1/11/17 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge