N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DENNIS MICHAEL HELFERTY, | : | Bankruptcy No. <u>11-26919-JAD</u> |
| | : | |
| Debtor(s). | : | Chapter 13 |
| ********************************************** | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant(s), | : | |
| v. | : | Document No. 92 |
| DENNIS MICHAEL HELFERTY, | : | |
| Respondent(s). | : | |

<u>**ORDER**</u>

**AND NOW**, this **<u>11th</u>** day of **<u>January</u>, <u>2017</u>**, a hearing having been held on January 11, 2017, on the *Motion To Dismiss* filed by *Movant* at Document No. <u>92</u>,

It is hereby **ordered** that the hearing on said matter is **continued** to **April 5, 2017**, at 9:00 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

jsf

_____
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

FILED
1/11/17 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020119

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 11-26919-JAD
Dennis Michael Helferty                                         Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Jan 11, 2017
                              Form ID: pdf900         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db           +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769     +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771     +Chase,    P.O. Box 15299,   Wilmington, DE 19850-5299
13227772     +Citi Cards,    PO Box 6500,   Sioux Falls, SD 57117-6500
13227773     +Citibank Sears,    P.O. Box 6189,   Sioux Falls, SD 57117-6189
13227774     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777     +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052      WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780     +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781     +World Omni,    P.O. Box 991817,   Mobile, AL 36691-8817
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13227770      E-mail/Text: bankruptcy@cavps.com Jan 12 2017 01:38:01     Cavalry Portfolio,
               4050 East Cotton Center,   Phoenix, AZ 85040
13234666     +E-mail/Text: bankruptcy@cavps.com Jan 12 2017 01:38:02     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775      E-mail/Text: mrdiscen@discover.com Jan 12 2017 01:37:06     Discover,    P.O. Box 8003,
               Hilliard, OH 43026
13227776      E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 01:37:10     Internal Revenue Service,
               P.O. Box 628,   Special Procedures Branch,    Pittsburgh, PA 15230
13227778     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:25     LVNV Funding,
               P.O. Box 10584,   Greenville, SC 29603-0584
13227779     +E-mail/Text: camanagement@mtb.com Jan 12 2017 01:37:15     M & T Credit Corporation,
               P.O. Box 4649,   Buffalo, NY 14240-4649
13277159      E-mail/Text: camanagement@mtb.com Jan 12 2017 01:37:15     M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240
13239015      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:40:36
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
13278503*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2           User: bsil                  Page 2 of 2              Date Rcvd: Jan 11, 2017
                               Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                                                                                                               TOTAL: 10