UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DENNIS MICHAEL HELFERTY |
| Case Number: | 11-26919-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, APRIL 05, 2017 09:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Continued Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 11/25/2016 at Doc. # 95
- Hearing Held 1/11/2017 - Continued to April 5, 2017
R / M #:  92 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): ~~Shawn N. Wright,~~ Esq.   / A. Rerwurrev
CREDITOR:

## Proceedings:

✓ Motion is GRANTED  / DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    ____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY / JURY
    ____ Simple / Pretrial Order - NONJURY / JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

- o/e 4/5/2017 denying motion as withdrawn

FILED
4/5/17 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge