IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Dennis Michael Helferty<br><br>        Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant(s)<br>        Vs.<br>Dennis Michael Helferty<br><br>        Respondent(s) | Case No. 11-26919JAD<br><br>Chapter 13<br><br>Doc #   92 |

## ORDER

AND NOW, this  5th  day of   April  ,
20 17 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the

1

original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ _____ with / _____ without prejudice, without further notice or hearing.

☑ Other: The Case is not dismissed. The motion to dismiss is withdrawn.

BY THE COURT:

Dated: 4-5-2017

_____
United States Bankruptcy Judge

FILED
4/5/17 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-26919-JAD
Dennis Michael Helferty                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 2              Date Rcvd: Apr 05, 2017
                             Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db           +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769     +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771     +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13227772     +Citi Cards,    PO Box 6500,   Sioux Falls, SD 57117-6500
13227773     +Citibank Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13227774     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777     +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052      WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780     +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781     +World Omni,    P.O. Box 991817,    Mobile, AL 36691-8817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13227770      E-mail/Text: bankruptcy@cavps.com Apr 06 2017 01:07:42      Cavalry Portfolio,
               4050 East Cotton Center,    Phoenix, AZ 85040
13234666     +E-mail/Text: bankruptcy@cavps.com Apr 06 2017 01:07:42      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775      E-mail/Text: mrdiscen@discover.com Apr 06 2017 01:07:06      Discover,    P.O. Box 8003,
               Hilliard, OH 43026
13227776      E-mail/Text: cio.bncmail@irs.gov Apr 06 2017 01:07:10      Internal Revenue Service,
               P.O. Box 628,    Special Procedures Branch,    Pittsburgh, PA 15230
13227778     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2017 00:59:52      LVNV Funding,
               P.O. Box 10584,    Greenville, SC 29603-0584
13227779     +E-mail/Text: camanagement@mtb.com Apr 06 2017 01:07:12      M & T Credit Corporation,
               P.O. Box 4649,    Buffalo, NY 14240-4649
13277159      E-mail/Text: camanagement@mtb.com Apr 06 2017 01:07:12      M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240
13239015      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2017 01:06:20
               Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T BANK
cr              M&T Bank
13278503*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,    P.O. Box 1288,   Buffalo, NY 14240)
                                                                                  TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2           User: bsil              Page 2 of 2             Date Rcvd: Apr 05, 2017
                               Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                       TOTAL: 10