# IN THE UNITED STATES BANKRUPTCY COURT
## Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 11-26919-JAD |
| Dennis M. Helferty | Chapter 13 |
| DEBTOR | Document No. |
| ---------------------------------------- | Hearing Date: May 3, 2017 @ 10 am |
| Shawn N. Wright | |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PROFESSIONAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Attorney Fees filed on April 4, 2017 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 21, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 24, 2017

/s/ Shawn N. Wright
Shawn N. Wright, Esquire
Attorney for Debtor; PA ID#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com