**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:                                          Case Number: 11-26919-JAD

Dennis M. Helferty                              Chapter 13

DEBTOR                                          Document No.   102
-------------------------------------           Hearing Date: May 3, 2017 @ 10:00a.m.
Shawn Wright

APPLICANT

vs.

NO RESPONDENT

**ORDER OF COURT**

**AND NOW,** to-wit, this 2ᔆᵗʰ day of _Apr.l_ ,2017, the **APPLICATION OF Shawn Wright**

**FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for

the total amount of **$3,700.00** for services rendered on behalf of the Debtor for the period between November 10, 2011

through April 1, 2017, which represents $3,700.00 in attorney fees and $0.00 in costs.

BY THE COURT:

_____

**Jeffery Deller**
U.S. Bankruptcy Court Judge

FILED
4/25/17 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-26919-JAD
Dennis Michael Helferty                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1          Date Rcvd: Apr 25, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db            +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor   M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor   M&T BANK ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                      TOTAL: 10