**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dennis Michael Helferty**
  Debtor(s)

Bankruptcy Case No.: 11−26919−JAD
Doc. #111
Chapter: 13
Docket No.: 112 − 111

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 30th day of May, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/19/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear, and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/19/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 11-26919-JAD
Dennis Michael Helferty                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz          Page 1 of 2          Date Rcvd: May 30, 2017
                             Form ID: 408         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db          +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769    +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771    +Chase,    P.O. Box 15299,   Wilmington, DE 19850-5299
13227772    +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13227773    +Citibank Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13227774    +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777    +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052     WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780    +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781    +World Omni,    P.O. Box 991817,    Mobile, AL 36691-8817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13227770     E-mail/Text: bankruptcy@cavps.com May 31 2017 00:45:36     Cavalry Portfolio,
              4050 East Cotton Center,    Phoenix, AZ 85040
13234666    +E-mail/Text: bankruptcy@cavps.com May 31 2017 00:45:36     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775     E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18     Discover,    P.O. Box 8003,
              Hilliard, OH 43026
13227776     E-mail/Text: cio.bncmail@irs.gov May 31 2017 00:44:34     Internal Revenue Service,
              P.O. Box 628,    Special Procedures Branch,    Pittsburgh, PA 15230
13227778    +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:48:56     LVNV Funding,
              P.O. Box 10584,    Greenville, SC 29603-0584
13227779    +E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42     M & T Credit Corporation,
              P.O. Box 4649,    Buffalo, NY 14240-4649
13277159     E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42     M&T Bank,    P.O. Box 1288,
              Buffalo, NY 14240
13239015     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:27:10
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                           TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           M&T BANK
cr           M&T BANK
cr           M&T Bank
13278503*   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
             (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
                                                                            TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2          User: skoz              Page 2 of 2              Date Rcvd: May 30, 2017
                             Form ID: 408             Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com,
            wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                        TOTAL: 10