**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENNIS MICHAEL HELFERTY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>        vs.<br>No Repondents. | Case No.:11-26919 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 26, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/10/2011 and confirmed on 3/7/12 . The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 132,729.43 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 132,729.43 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 4,684.61 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,384.61 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   INTERNAL REVENUE SERVICE* | 10,740.00 | 10,740.00 | 616.54 | 11,356.54 |
|     Acct: 9443 | | | | |
|   WORLD OMNI FINANCIAL CORP | 2,454.96 | 2,454.96 | 190.62 | 2,645.58 |
|     Acct: 5308 | | | | |
|   M & T BANK | 11,988.63 | 11,988.63 | 0.00 | 11,988.63 |
|     Acct: 6666 | | | | |
|   M & T BANK | 3,918.02 | 3,918.02 | 0.00 | 3,918.02 |
|     Acct: 6815 | | | | |
|   M & T BANK | 0.00 | 57,057.00 | 0.00 | 57,057.00 |
|     Acct: 6666 | | | | |
|   M & T BANK | 0.00 | 11,461.31 | 0.00 | 11,461.31 |
|     Acct: 6815 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6666 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6815 | | | | |
| | | | | 98,427.08 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS MICHAEL HELFERTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 600.00 | 600.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-17 | | | | |
|   INTERNAL REVENUE SERVICE* | 24,232.53 | 24,232.53 | 0.00 | 24,232.53 |
|     Acct: 9443 | | | | |
|   M & T BANK | 375.00 | 375.00 | 0.00 | 375.00 |
|     Acct: 6815 | | | | |
|   M & T BANK | 275.00 | 275.00 | 0.00 | 275.00 |
|     Acct: 6666 | | | | |
| | | | | 24,882.53 |
| **Unsecured** | | | | |
|   ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: ? | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 29,420.40 | 721.03 | 0.00 | 721.03 |
| Acct: 0868 | | | | |
| CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 8,991.45 | 220.36 | 0.00 | 220.36 |
| Acct: 7684 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EDWIN A ABRAHAMSEN ASSOC PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 3,828.25 | 93.82 | 0.00 | 93.82 |
| Acct: 9443 | | | | |
| | | | | 1,035.21 |

TOTAL PAID TO CREDITORS                                              124,344.82

TOTAL
CLAIMED      24,882.53
PRIORITY     29,101.61
SECURED      42,240.10

Date: 05/26/2017                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DENNIS MICHAEL HELFERTY<br><br>              Debtor(s)<br><br>  Ronda J. Winnecour<br>              Movant<br>          vs.<br>  No Repondents. | Case No.:11-26919 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                             BY THE COURT:

                                                             _____
                                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dennis Michael Helferty
    Debtor

Case No. 11-26919-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: skoz       Page 1 of 2       Date Rcvd: May 30, 2017
                    Form ID: pdf900   Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
```
db          +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769    +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771    +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
13227772    +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13227773    +Citibank Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13227774    +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777    +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052     WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780    +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781    +World Omni,   P.O. Box 991817,    Mobile, AL 36691-8817
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13227770     E-mail/Text: bankruptcy@cavps.com May 31 2017 00:45:37    Cavalry Portfolio,
              4050 East Cotton Center,    Phoenix, AZ 85040
13234666    +E-mail/Text: bankruptcy@cavps.com May 31 2017 00:45:37    Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775     E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18    Discover,    P.O. Box 8003,
              Hilliard, OH 43026
13227776     E-mail/Text: cio.bncmail@irs.gov May 31 2017 00:44:35    Internal Revenue Service,
              P.O. Box 628,    Special Procedures Branch,    Pittsburgh, PA 15230
13227778    +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:48:42    LVNV Funding,
              P.O. Box 10584,    Greenville, SC 29603-0584
13227779    +E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42    M & T Credit Corporation,
              P.O. Box 4649,    Buffalo, NY 14240-4649
13277159     E-mail/Text: camanagement@mtb.com May 31 2017 00:44:42    M&T Bank,    P.O. Box 1288,
              Buffalo, NY 14240
13239015     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 01:06:13
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                             TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T BANK
cr              M&T Bank
13278503*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
                                                                                  TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
```
          Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: skoz                Page 2 of 2                  Date Rcvd: May 30, 2017
                               Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com

                                                                                               TOTAL: 10