IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DENNIS MICHAEL HELFERTY

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:11-26919 JAD

Chapter 13

Document No.: 111

ORDER OF COURT

AND NOW, this __20th__ day of __June__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
6/20/17 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-26919-JAD
Dennis Michael Helferty                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 2              Date Rcvd: Jun 20, 2017
                            Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db           +Dennis Michael Helferty,    206 Drake Road,    Bethel Park, PA 15102-1154
13227769     +Arrow Financial,    5996 West Touhy Avenue,    Niles, IL 60714-4610
13227771     +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
13227772     +Citi Cards,    PO Box 6500,   Sioux Falls, SD 57117-6500
13227773     +Citibank Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13227774     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13227777     +Law Office of Edwin Abrahamsen,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13242052      WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
13227780     +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13227781     +World Omni,    P.O. Box 991817,    Mobile, AL 36691-8817
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13227770      E-mail/Text: bankruptcy@cavps.com Jun 21 2017 00:54:54     Cavalry Portfolio,
               4050 East Cotton Center,    Phoenix, AZ 85040
13234666     +E-mail/Text: bankruptcy@cavps.com Jun 21 2017 00:54:54     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13227775      E-mail/Text: mrdiscen@discover.com Jun 21 2017 00:54:06     Discover,   P.O. Box 8003,
               Hilliard, OH 43026
13227776      E-mail/Text: cio.bncmail@irs.gov Jun 21 2017 00:54:13     Internal Revenue Service,
               P.O. Box 628,   Special Procedures Branch,    Pittsburgh, PA 15230
13227778     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2017 00:57:31     LVNV Funding,
               P.O. Box 10584,    Greenville, SC 29603-0584
13227779     +E-mail/Text: camanagement@mtb.com Jun 21 2017 00:54:17     M & T Credit Corporation,
               P.O. Box 4649,    Buffalo, NY 14240-4649
13277159      E-mail/Text: camanagement@mtb.com Jun 21 2017 00:54:17     M&T Bank,   P.O. Box 1288,
               Buffalo, NY 14240
13239015      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 01:04:49
               Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
                                                                                             TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T BANK
cr              M&T Bank
13278503*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
                                                                               TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: bsil              Page 2 of 2            Date Rcvd: Jun 20, 2017
                               Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Dennis Michael Helferty shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                                           TOTAL: 10